## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Trustees of The Painters and Allied
Trustees District Council No. 82 Health
care Fund, et al.

                Plaintiffs,                      Civil 09-03177 (PAM/SER)

v.

                                            **ORDER OF DISMISSAL**

RTL Construction Inc., et al.

                Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court

reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action,

for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: November __30__ , 2011

                               *s/Paul A. Magnuson*_____
                               Paul A. Magnuson, Judge
                               United States District Court