UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| The Painters and Allied Trades District Council No. 82 Health Care Fund, the Painters and Allied Trades District Council No. 82 Vacation Fund, the Painters and Allied Trades District Council 82 STAR Fund, the International Painters and Allied Trades Industry Pension Fund, the Minneapolis Local 386 Drywall Finishing Industry Pension Fund, the Minnesota Finishing Trades Training Fund, the National Painting, Decorating, and Drywall Apprenticeship Committee, and the St. Paul Painting Industry Pension Fund, and their Trustees and successors,<br><br>Plaintiffs,<br><br>vs.<br><br>R.T.L. Construction, Inc., Michael N. Larson, Individually, and Jeffrey Rensch, individually,<br><br>Defendants. | Civil File No.: 09-CV-3177 (PAM/SER)<br><br><br><br><br><br><br><br>**ORDER OF DISMISSAL** |

_____

**IT IS ORDERED** that pursuant to the Stipulation of the Parties, the above entitled matter is hereby dismissed with prejudice and without costs to either party.


Dated: January 25, 2012         s/Paul A. Magnuson
                                The Honorable Paul A. Magnuson
                                United States District Court Judge